AO 450 (rev. 5/85) Judgment in a Civil Case

# United States District Court

_____DISTRICT OF KANSAS_____

NADEEM EHSAN, as Administrator
of the Estate of Laura Ann Sails-Ehsan,
Deceased,

**JUDGMENT IN A CIVIL CASE**

Plaintiff,

v.   Case No. 06-2174-JPO

PRASHANT PATEL, D.D.S.,

Defendant.

☒   Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐   Decision by Court. This action came before the Court. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed on the merits, and that the defendant, Prashant Patel, D.D.S., recover of the plaintiff, Nadeem Ehsan, as Administrator of the Estate of Laura Ann Sails-Ehsan, Deceased, his costs of action.

   April 23, 2008                  TIMOTHY M. O'BRIEN_____
*Date*                              *Clerk*

                                     s/ Kathleen L. Grant_____
                                    *(By) Deputy Clerk*